UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: THE BANK OF NEW YORK
MELLON F/K/A THE BANK OF NEW YORK
as successor in interest to JP Morgan Chase Bank,
N.A., as Trustee for Centex Home Equity Loan
Trust 2005-B

**Order Filed on April 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Jose M. Merejo

　　　Debtor

Case Number: 25-15545-JKS

Judge: John K Sherwood

Hearing Date(s): November 13, 2025 at 10:00
a.m.

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pag

**DATED: April 23, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

| Applicant: | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-B |
| --- | --- |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Herbert B Raymond |
| Property Involved ("Collateral"): | 27 Albion Avenue, Patterson, NJ 07502 |

Relief sought:

☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☒ The Debtor is overdue for **8** months, from **09/01/2025** to **04/01/2026**.

☒ The Debtor is overdue for **4** payments at **$1,744.52** per month and for **4** payments at **$1,748.24** per month.

☐ The Debtor is assessed for ___ late charges at $_____ per month.

☒ Applicant acknowledges Debtor's Suspense Account in the amount of **$1,516.44**.

Total Arrearages Due **$12,454.60**

2. Debtor must cure all post-petition arrearages, as follows:

☐  Immediate payment shall be made in the amount of _____. Payment shall be made no later than _____.

☒  Beginning on **05/01/2026**, regular monthly mortgage payments shall continue to be made in the amount of **$1,748.24** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☐  Beginning on _____ additional monthly cure payments shall be made in the amount of _____ for _____ months and in the amount of _____for _____ month.

☒  The amount of **$12,454.60** shall be capitalized in the debtor's Chapter 13 plan.  The parties hereby authorize the Chapter 13 Standing Trustee to make distributions under this Agreed Order from funds received.

3.  Payments to the Secured Creditor shall be made to the following address(es):

☐  Immediate payment:

☒  Regular monthly payment:

**Nationstar Mortgage LLC**
**Attn: Bankruptcy Department**
**P.O. Box 619094**
**Dallas, TX 75261-9741**

☐  Monthly cure payment:

4.  In the event of Default:

☒  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the

3

Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ In the event that this case is dismissed, discharged, or converted to a different chapter of the Bankruptcy Code, the terms and conditions of this Agreed Order are null and void.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys' fees of $1,350.00, and costs of $199.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

_____
Herbert B Raymond, Esquire
Counsel for Debtor    4/22/26

_____
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

Rev.8/1/15