Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−15545−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jose M Merejo
27 Albion Avenue
Paterson, NJ 07502

Social Security No.:
xxx−xx−5769

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 24, 2026.

Dated: April 24, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Jose M Merejo

    Debtor

Case No. 25-15545-JKS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: plncf13 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose M Merejo, 27 Albion Avenue, Paterson, NJ 07502-2107 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520664568 | | Auto Insurance Surcharge, PO Box 4775, Trenton, NJ 08650-4775 |
| 520664567 | | Auto Insurance Surcharge, NJ MVS, PO Box 016, Trenton, NJ 08666-0166 |
| 520664566 | | Auto Insurance Surcharge, PO Box 4850, Trenton, NJ 08650-4850 |
| 520664615 | | City of Paterson, Attn: Tax Collector, Main Floor, City Hall, Paterson, NJ 07505 |
| 520664544 | + | Friedman and Vartolo, LLC, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 520664571 | + | Motor Vehicle Commission, CN 143, Trenton, NJ 08666-0143 |
| 520664572 | + | Motor Vehicle Services, Division of Motor Vehicles, 225 East State Street, Trenton, NJ 08666-0001 |
| 520664579 | + | NJ Motor Vehicles, PO Box 12020, Trenton, NJ 08650-2020 |
| 520664549 | + | Nationstar Mortgage, LLC D/B/A MrCooper, 2728 N. Harwood, Dallas, TX 75201-1516 |
| 520772974 | + | New Jersey Motor Vehicle, PO Box 136, Trenton, NJ 08601-0136 |
| 520664661 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520664663 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 520664664 | + | PSEG, 80 Park Plaza, T5D, PO Box 570, Ref: PAS-L-3263-16), Newark, NJ 07101-0570 |
| 520664627 | + | Passaic Valley Water Commission, PO Box 230, Clifton, NJ 07015-0230 |
| 520664629 | | Paterson Public Works Department, 76 Barclay Street, Paterson, NJ 07503 |
| 520664580 | + | Prime Uniform Supply, 420 51st Street, West New York, NJ 07093-1904 |
| 520664660 | + | Prime Uniform Supply, Incorporated, Attn: Craig Weinstein, Esq., 2050 Center Avenue, Ste. 650, Ref: DC-015291-09), Fort Lee, NJ 07024-4931 |
| 520664553 | | Stern, Lavinthal & Frankenberg, LLC, 103 Eisenhower Parkway, Suite 100, Livingston, NJ 07039 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 24 2026 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 24 2026 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520664614 | | Email/Text: lbroncano@patersonnj.gov | Apr 24 2026 21:46:00 | City of Paterson, Tax Collector, 155 Market Street, Paterson, NJ 07505 |
| 520664545 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2026 21:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520671288 | + | Email/Text: camanagement@mtb.com | Apr 24 2026 21:47:00 | M&T Bank, P.O Box 1508, Buffalo NY 14240-1508 |
| 520664547 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2026 21:46:00 | Nationstar Mortgage , LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 520664546 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2026 21:46:00 | Nationstar Mortgage , LLC, PO Box 299008, |

| Recip ID | Bypass Reason | Email/Text | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lewisville, TX 75029 |
| 520664550 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2026 21:46:00 | Nationstar Mortgage, LLC D/B/A MrCooper, 800 State Highway 121 Bypass, Lake Vista 4, Lewisville, TX 75067-4180 |
| 520664548 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2026 21:46:00 | Nationstar Mortgage, LLC D/B/A MrCooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 520664628 | | Email/Text: cvozzella@pvwc.com | Apr 24 2026 21:46:00 | Passaic Valley Water Commission, 1525 Main Avenue, Clifton, NJ 07011 |
| 520664662 | ^ | MEBN | Apr 24 2026 21:38:40 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520664552 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 21:48:35 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520664551 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 24 2026 21:46:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520704165 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 24 2026 21:46:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520769183 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2026 21:46:00 | THE BANK OF NEW YORK MELLON, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520664642 | * | Auto Insurance Surcharge, PO Box 4775, Trenton, NJ 08650-4775 |
| 520664613 | * | Auto Insurance Surcharge, PO Box 4775, Trenton, NJ 08650-4775 |
| 520664612 | * | Auto Insurance Surcharge, NJ MVS, PO Box 016, Trenton, NJ 08666-0166 |
| 520664641 | * | Auto Insurance Surcharge, NJ MVS, PO Box 016, Trenton, NJ 08666-0166 |
| 520664611 | * | Auto Insurance Surcharge, PO Box 4850, Trenton, NJ 08650-4850 |
| 520664640 | * | Auto Insurance Surcharge, PO Box 4850, Trenton, NJ 08650-4850 |
| 520664643 | *P++ | CITY OF PATERSON, ATTN DIVISION OF REVENUE COLLECTION, 155 MARKET ST, PATERSON NJ 07505-1417, address filed with court:, City of Paterson, Tax Collector, 155 Market Street, Paterson, NJ 07505 |
| 520664644 | * | City of Paterson, Attn: Tax Collector, Main Floor, City Hall, Paterson, NJ 07505 |
| 520664569 | *+ | Friedman and Vartolo, LLC, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 520664616 | *+ | Friedman and Vartolo, LLC, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 520664645 | *+ | Friedman and Vartolo, LLC, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 520664570 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520664617 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520664646 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520664618 | *+ | Motor Vehicle Commission, CN 143, Trenton, NJ 08666-0143 |
| 520664647 | *+ | Motor Vehicle Commission, CN 143, Trenton, NJ 08666-0143 |
| 520664619 | *+ | Motor Vehicle Services, Division of Motor Vehicles, 225 East State Street, Trenton, NJ 08666-0001 |
| 520664648 | *+ | Motor Vehicle Services, Division of Motor Vehicles, 225 East State Street, Trenton, NJ 08666-0001 |
| 520664574 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 520664621 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 520664650 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 520664573 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 520664620 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 520664649 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: plncf13 | Total Noticed: 35 |

| | | |
|---|---|---|
| 520664626 | *+ | NJ Motor Vehicles, PO Box 12020, Trenton, NJ 08650-2020 |
| 520664655 | *+ | NJ Motor Vehicles, PO Box 12020, Trenton, NJ 08650-2020 |
| 520664577 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 800 State Highway 121 Bypass, Lake Vista 4, Lewisville, TX 75067-4180 |
| 520664624 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 800 State Highway 121 Bypass, Lake Vista 4, Lewisville, TX 75067-4180 |
| 520664653 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 800 State Highway 121 Bypass, Lake Vista 4, Lewisville, TX 75067-4180 |
| 520664575 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 520664622 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 520664651 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 520664576 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 2728 N. Harwood, Dallas, TX 75201-1516 |
| 520664623 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 2728 N. Harwood, Dallas, TX 75201-1516 |
| 520664652 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 2728 N. Harwood, Dallas, TX 75201-1516 |
| 520664657 | *P++ | PASSAIC VALLEY WATER COMMISSION, ATTN CHRISTINE VOZZELLA/LEGAL DEPARTMENT, 1525 MAIN AVENUE, CLIFTON NJ 07011-2195, address filed with court:, Passaic Valley Water Commission, 1525 Main Avenue, Clifton, NJ 07011 |
| 520664656 | *+ | Passaic Valley Water Commission, PO Box 230, Clifton, NJ 07015-0230 |
| 520664658 | * | Paterson Public Works Department, 76 Barclay Street, Paterson, NJ 07503 |
| 520664630 | *+ | Prime Uniform Supply, 420 51st Street, West New York, NJ 07093-1904 |
| 520664659 | *+ | Prime Uniform Supply, 420 51st Street, West New York, NJ 07093-1904 |
| 520664581 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520664631 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520664665 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520664578 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520664625 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520664654 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520664582 | * | Stern, Lavinthal & Frankenberg, LLC, 103 Eisenhower Parkway, Suite 100, Livingston, NJ 07039 |
| 520664632 | * | Stern, Lavinthal & Frankenberg, LLC, 103 Eisenhower Parkway, Suite 100, Livingston, NJ 07039 |
| 520664666 | * | Stern, Lavinthal & Frankenberg, LLC, 103 Eisenhower Parkway, Suite 100, Livingston, NJ 07039 |

TOTAL: 0 Undeliverable, 49 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Debtor Jose M Merejo herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |

District/off: 0312-2                          User: admin                                      Page 4 of 4
Date Rcvd: Apr 24, 2026                       Form ID: plncf13                                 Total Noticed: 35

Matthew K. Fissel
                    on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
                    Morgan Chase Bank  N.A., as Trustee for Centex Home Equity Loan Trust 2005-B bkgroup@kmllawgroup.com,
                    matthew.fissel@brockandscott.com

Steven Eisenberg
                    on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
                    Morgan Chase Bank  N.A., as Trustee for Centex Home Equity Loan Trust 2005-B bkecf@sterneisenberg.com,
                    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
                    on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
                    Morgan Chase Bank  N.A., as Trustee for Centex Home Equity Loan Trust 2005-B skelly@sterneisenberg.com,
                    bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7