UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on October 5, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: Jose M Merejo | Case No.: 25-15545 |
| | Hearing Date: |
| | Judge: TBA |
| | Chapter: 13 |

## ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 5, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having determined that the final decree was entered prematurely in this case on ___10/5/2026___ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _______________ is pending
- ☒ Other: ENTERED IN ERROR

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*