**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

1 Valuation of Security    0 Assumption of Executory Contract or unexpired Lease    1 Lien Avoidance

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 25-15545 TBA |
| JOSE M. MEREJO, | Judge: TBA, USBJ |
| Debtor(s) | |

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: October 2, 2026

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as “Does Not” or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☒ 7b / ☐ 7 c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

Initial Debtor(s)' Attorney: /S/ HR    Initial Debtor: /S/ JM    Initial Co-Debtor: ______________

**Part 1: Payment and Length of Plan**

a. The debtor shall pay to the Chapter 13 Trustee $ 1,872 monthly for 17 months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $ 1,500 per month for 12 months; $ 8,301 per month for 31 months, for a total of 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: ____________________

☐ Refinance of real property:
Description:
Proposed date for completion: ____________________

☐ Loan modification with respect to mortgage encumbering real property:
Description:
Proposed date for completion: ____________________

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: ______________ Initial Co-Debtor: ______________

## Part 2: Adequate Protection ☒ NONE

a. Adequate protection payments will be made in the amount of $_______________ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____________________________(creditor). (Adequate protection payments to be commenced upon order of the Court.)

b. Adequate protection payments will be made in the amount of $ _______________to be paid directly by the debtor(s), pre-confirmation to: _____________________________(creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ Supp. Legal |
| DOMESTIC SUPPORT OBLIGATION | | |
| INTERNAL REVENUE SERVICE | PRIORITY INCOME TAX LIABILITY | $26,303.40 |
| STATE OF NEW JERSEY, DIVISION OF TAXATION | PRIORITY GROSS INCOME TAX LIABILITY | $4,360.23 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☒ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE, LLC (DBA MR. COOPER) | Mortgage Arrears (Pre-Petition Arrears and Post-Petition Arrears and Fees and Costs) Re: 27 Albion Avenue, Paterson, NJ 07083 | $201,669.47 | NA | $201,669.47 | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

**c. Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506: ☒ NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| NEW MOTOR VEHICLE COMMISSION | Real property located at 27 Albion Avenue, Paterson, NJ 07083 | $4,928.07 | $340,000 | BNY MELLON IAO $527,066.93 | NO VALUE | N/A | NO VALUE |

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender ☒ NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan ☒ NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| | |

**g. Secured Claims to be Paid in Full Through the Plan: ☐ NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
| New Jersey Division of Taxation (Sales and Use Tax) | Statutory Lien and/or Jud. Lien re: 27 Albion, Paterson | $43,4801.54 | N/A | $43,401.54 Full payment of in this obligation |
| Passaic Valley Water Comm. | Unpaid Water Charges re: 27 Albion, Paterson, NJ | $0 or Unknown | N/A | $0 or Unknown |
| Paterson Tax Collector | Unpaid Sewer 27 Albion | $0 or Unknown | N/A | $0 or Unknown |

**Part 5: Unsecured Claims** ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ ________________to be distributed *pro rata*

☐ Not less than ________________percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| | | | |

**Part 6: Executory Contracts and Unexpired Leases** ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

**a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f). ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured. ☐ NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| NJ MOTOR VEHICLE COMMISSION | Jud. or Stat. Lien re: Real property located at 27 Albion Avenue, Paterson, NJ 07083 | $4,928.07 | $340,000 | BNY MELLON IAO $527,066.93 | NO VALUE | ENTIRE JUDMENT LIEN AND/OR STATUTORY LIEN IAO $4,928.07 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

d. Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) Counsel Fees and Supplemental Counsel Fees
3) To Be Fully Paid Before Any Other Claims Paid
4) Secured Mort. Arrears Nationstar And Then The
5) NJ Tax Secured Claim, And Then Other Secured
6) Claims, and then Priority Claims & Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification** ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: February 4, 2026.

Explain below **why** the plan is being modified:

I am still not able to operate my automobile repair shop. I was in rehabilitation and had a set back when my wheelchair fell over. These set backs, have precluded me, at this time, from making the last proposed increased plan payments. Payments are being reduced, to allow time, for me to recover from my illness and return to work, to regularly operate the repair shop. Thereafter payments increase to the sum necessary to pay plan obligations. I know payments are high, but if I am able to operate the automobile shop, higher payments can be made and for now, I am making the mortgage and a high plan payment and to date, no creditor has objected to this treatment. Plan provides for pro-rata distribution as to unsecured claims, not 100% as in the originally approved plan. Income is the same, for the most part, other than that my repair shop is not operating as usual.

Are Schedules I and J being filed simultaneously with this Modified Plan? ☐ Yes ☒ No

**Part 10: Non-Standard Provision(s):**

Non-Standard Provisions:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: October 2, 2026 — /S/ JOSE M. MEREJO
Debtor

Date: ______________ — ______________
Joint Debtor

Date: October 2, 2026 — /S/ HERBERT B. RAYMOND, ESQ.
Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-15545-TBA

Jose M Merejo Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4

Date Rcvd: Oct 05, 2026 Form ID: pdf901 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose M Merejo, 27 Albion Avenue, Paterson, NJ 07502-2107 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520664566 | | Auto Insurance Surcharge, PO Box 4850, Trenton, NJ 08650-4850 |
| 520664568 | | Auto Insurance Surcharge, PO Box 4775, Trenton, NJ 08650-4775 |
| 520664567 | | Auto Insurance Surcharge, NJ MVS, PO Box 016, Trenton, NJ 08666-0166 |
| 520664615 | | City of Paterson, Attn: Tax Collector, Main Floor, City Hall, Paterson, NJ 07505 |
| 520664544 | + | Friedman and Vartolo, LLC, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 520664571 | + | Motor Vehicle Commission, CN 143, Trenton, NJ 08666-0143 |
| 520664572 | + | Motor Vehicle Services, Division of Motor Vehicles, 225 East State Street, Trenton, NJ 08666-0001 |
| 520664579 | + | NJ Motor Vehicles, PO Box 12020, Trenton, NJ 08650-2020 |
| 520664549 | + | Nationstar Mortgage, LLC D/B/A MrCooper, 2728 N. Harwood, Dallas, TX 75201-1516 |
| 520772974 | + | New Jersey Motor Vehicle, PO Box 136, Trenton, NJ 08601-0136 |
| 520664663 | + | PSEG, Cranford Customer Service, District Office, PO Box 1023, Cranford, NJ 07016-1023 |
| 520664664 | + | PSEG, 80 Park Plaza, T5D, PO Box 570, Ref: PAS-L-3263-16), Newark, NJ 07101-0570 |
| 520664661 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520664627 | + | Passaic Valley Water Commission, PO Box 230, Clifton, NJ 07015-0230 |
| 520664629 | | Paterson Public Works Department, 76 Barclay Street, Paterson, NJ 07503 |
| 520664580 | + | Prime Uniform Supply, 420 51st Street, West New York, NJ 07093-1904 |
| 520664660 | + | Prime Uniform Supply, Incorporated, Attn: Craig Weinstein, Esq., 2050 Center Avenue, Ste. 650, Ref: DC-015291-09), Fort Lee, NJ 07024-4931 |
| 520664553 | | Stern, Lavinthal & Frankenberg, LLC, 103 Eisenhower Parkway, Suite 100, Livingston, NJ 07039 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2026 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2026 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520664614 | | Email/Text: lbroncano@patersonnj.gov | Oct 05 2026 21:53:00 | City of Paterson, Tax Collector, 155 Market Street, Paterson, NJ 07505 |
| 520664545 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2026 21:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520671288 | + | Email/Text: camanagement@mtb.com | Oct 05 2026 21:54:00 | M&T Bank, P.O Box 1508, Buffalo NY 14240-1508 |
| 520664547 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2026 21:53:00 | Nationstar Mortgage , LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 520664546 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2026 21:53:00 | Nationstar Mortgage , LLC, PO Box 299008, |

| | | | | |
|---|---|---|---|---|
| | | | | Lewisville, TX 75029 |
| 520664550 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2026 21:53:00 | Nationstar Mortgage, LLC D/B/A MrCooper, 800 State Highway 121 Bypass, Lake Vista 4, Lewisville, TX 75067-4180 |
| 520664548 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2026 21:53:00 | Nationstar Mortgage, LLC D/B/A MrCooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 520664628 | | Email/Text: cvozzella@pvwc.com | Oct 05 2026 21:53:38 | Passaic Valley Water Commission, 1525 Main Avenue, Clifton, NJ 07011 |
| 520664662 | ^ | MEBN | Oct 05 2026 21:50:43 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520664552 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2026 21:59:35 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520664551 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 05 2026 21:53:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520704165 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 05 2026 21:53:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520769183 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2026 21:53:00 | THE BANK OF NEW YORK MELLON, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520664642 | * | Auto Insurance Surcharge, PO Box 4775, Trenton, NJ 08650-4775 |
| 520664613 | * | Auto Insurance Surcharge, PO Box 4775, Trenton, NJ 08650-4775 |
| 520664612 | * | Auto Insurance Surcharge, NJ MVS, PO Box 016, Trenton, NJ 08666-0166 |
| 520664641 | * | Auto Insurance Surcharge, NJ MVS, PO Box 016, Trenton, NJ 08666-0166 |
| 520664611 | * | Auto Insurance Surcharge, PO Box 4850, Trenton, NJ 08650-4850 |
| 520664640 | * | Auto Insurance Surcharge, PO Box 4850, Trenton, NJ 08650-4850 |
| 520664643 | *P++ | CITY OF PATERSON, ATTN DIVISION OF REVENUE COLLECTION, 155 MARKET ST, PATERSON NJ 07505-1417, address filed with court:, City of Paterson, Tax Collector, 155 Market Street, Paterson, NJ 07505 |
| 520664644 | * | City of Paterson, Attn: Tax Collector, Main Floor, City Hall, Paterson, NJ 07505 |
| 520664569 | *+ | Friedman and Vartolo, LLC, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 520664616 | *+ | Friedman and Vartolo, LLC, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 520664645 | *+ | Friedman and Vartolo, LLC, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 520664570 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520664617 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520664646 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520664618 | *+ | Motor Vehicle Commission, CN 143, Trenton, NJ 08666-0143 |
| 520664647 | *+ | Motor Vehicle Commission, CN 143, Trenton, NJ 08666-0143 |
| 520664619 | *+ | Motor Vehicle Services, Division of Motor Vehicles, 225 East State Street, Trenton, NJ 08666-0001 |
| 520664648 | *+ | Motor Vehicle Services, Division of Motor Vehicles, 225 East State Street, Trenton, NJ 08666-0001 |
| 520664574 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 520664621 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 520664650 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 520664573 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 520664620 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 520664649 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |

| | | |
|---|---|---|
| 520664626 | *+ | NJ Motor Vehicles, PO Box 12020, Trenton, NJ 08650-2020 |
| 520664655 | *+ | NJ Motor Vehicles, PO Box 12020, Trenton, NJ 08650-2020 |
| 520664577 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 800 State Highway 121 Bypass, Lake Vista 4, Lewisville, TX 75067-4180 |
| 520664624 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 800 State Highway 121 Bypass, Lake Vista 4, Lewisville, TX 75067-4180 |
| 520664653 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 800 State Highway 121 Bypass, Lake Vista 4, Lewisville, TX 75067-4180 |
| 520664575 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 520664622 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 520664651 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 520664576 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 2728 N. Harwood, Dallas, TX 75201-1516 |
| 520664623 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 2728 N. Harwood, Dallas, TX 75201-1516 |
| 520664652 | *+ | Nationstar Mortgage, LLC D/B/A MrCooper, 2728 N. Harwood, Dallas, TX 75201-1516 |
| 520664657 | *P++ | PASSAIC VALLEY WATER COMMISSION, ATTN CHRISTINE VOZZELLA/LEGAL DEPARTMENT, 1525 MAIN AVENUE, CLIFTON NJ 07011-2195, address filed with court:, Passaic Valley Water Commission, 1525 Main Avenue, Clifton, NJ 07011 |
| 520664656 | *+ | Passaic Valley Water Commission, PO Box 230, Clifton, NJ 07015-0230 |
| 520664658 | * | Paterson Public Works Department, 76 Barclay Street, Paterson, NJ 07503 |
| 520664630 | *+ | Prime Uniform Supply, 420 51st Street, West New York, NJ 07093-1904 |
| 520664659 | *+ | Prime Uniform Supply, 420 51st Street, West New York, NJ 07093-1904 |
| 520664581 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520664631 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520664665 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520664578 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520664625 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520664654 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520664582 | * | Stern, Lavinthal & Frankenberg, LLC, 103 Eisenhower Parkway, Suite 100, Livingston, NJ 07039 |
| 520664632 | * | Stern, Lavinthal & Frankenberg, LLC, 103 Eisenhower Parkway, Suite 100, Livingston, NJ 07039 |
| 520664666 | * | Stern, Lavinthal & Frankenberg, LLC, 103 Eisenhower Parkway, Suite 100, Livingston, NJ 07039 |

TOTAL: 0 Undeliverable, 49 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Debtor Jose M Merejo herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | |

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel
on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A., as Trustee for Centex Home Equity Loan Trust 2005-B bkgroup@kmllawgroup.com

Steven Eisenberg
on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A., as Trustee for Centex Home Equity Loan Trust 2005-B bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A., as Trustee for Centex Home Equity Loan Trust 2005-B skelly@hinshawlaw.com, bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7